IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARRAH'S ENTERTAINMENT, INC. ) <br> and SOUTHERN ILLINOIS RIVER- ) <br> BOAT/CASINO CRUISES, INC. ) <br> D/B/A PLAYERS ISLAND CASINO, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> NEW HAMPSHIRE INSURANCE ) <br> COMPANY and AIG CLAIMS ) <br> SERVICES, INC., ) <br> ) <br> **Defendants.** ) | CASE NO.: 04-cv-4204-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) with prejudice and without costs signed by plaintiffs Harrah's Entertainment, Inc. and Southern Illinois Riverboat/Casino Cruises Inc. d/b/a Player's Island Casino and defendant New Hampshire Insurance Company (Doc. 66) and further agreed to by defendant AIG Claims Services, Inc. n/k/a AIG Domestic Claims, Inc. ("AIG"). The plaintiffs have not objected to AIG's joining the stipulation by a separate filing.

Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

SO ORDERED AND ADJUDGED, this, the 21st day of June, 2006.

s/ J. Phil Gilbert
**U.S. DISTRICT JUDGE**