IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARRAH'S ENTERTAINMENT, INC. ) <br> and SOUTHERN ILLINOIS RIVER- ) <br> BOAT/CASINO CRUISES, INC. ) <br> D/B/A PLAYERS ISLAND CASINO, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEW HAMPSHIRE INSURANCE ) <br> COMPANY and AIG CLAIMS ) <br> SERVICES, INC., ) <br> ) <br>     Defendants. ) | CASE NO.: 04-cv-4204-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

NORBERT JAWORSKI

Dated:  June 21, 2006                              s/Vicki L. McGuire, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**